**Order entered October 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01123-CV

### IN THE INTEREST OF A.B., ET AL., CHILDREN

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 13-197-X-305th

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court to conduct a hearing on Dennis R. Croman's motion to withdraw as court-appointed counsel for appellant Father. The reporter's record of the hearing has been filed, as has the trial court's findings. The findings reflect Father desires to prosecute the appeal, Mr. Croman has been allowed to withdraw as counsel, April Smith has been appointed new counsel for Father, and the court reporter has been instructed to commence preparation of the record. We **ADOPT** these findings and **DIRECT** the Clerk of this Court to remove Mr. Croman as counsel for Father and substitute April Smith in his place. We **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court to file the record of the trial court proceedings no later than November 3, 2014.

/s/      ADA BROWN
         JUSTICE